FILED

2017 DEC -1  AM 9: 56

CLERK U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N F O R M A T I O N |
| ) | |
| Plaintiff, ) | **5:17 CR 486** |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 26, Sections 7201 and 7202 |
| PAUL G.A. KASAPIS, ) | and Title 18, Section 1957 and |
| ) | 982(a)(1), United States Code |
| Defendant. ) | |

**JUDGE GAUGHAN**

<u>COUNT 1</u>

The United States Attorney charges:

**MAG. JUDGE GREENBERG**

From in or about April 2009, through in or about April 2015, in the Northern District of Ohio, Eastern Division and elsewhere, the defendant, PAUL G.A. KASAPIS, a resident of Canton, Ohio, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar years 2008 through 2014, inclusive, by preparing and causing to be prepared, and by signing and causing to be signed, false and fraudulent Form 1040 U.S. Individual Income Tax Returns for calendar years 2008 through 2014, inclusive, which were submitted to the Internal Revenue Service and which failed to report taxable income, as follows:

| Tax Year(s) | Unreported Taxable Income | Tax Loss | Federal Withholding Reported | Criminal Tax Loss |
|---|---|---|---|---|
| 2014 | $561,864.37 | $157,322.02 | $2,899.00 | $154,423.02 |

| 2013 | $48,553.19 | $13,594.89 | $0.00 | $13,594.89 |
| 2012 | $50,789.02 | $14,220.92 | $135.00 | $14,085.92 |
| 2011 | $49,733.39 | $13,925.35 | $128.00 | $13,797.35 |
| 2010 | $110,891.72 | $31,049.68 | $0.00 | $31,049.68 |
| 2009 | $115,662.35 | $32,385.46 | $23.00 | $32,362.46 |
| 2008 | $90,522.65 | $25,346.34 | $106.00 | $25,240.34 |
| Totals | **$1,028,016.69** | **$288,844.66** | **$3,291.00** | **$284,553.66** |

In violation of Title 26, United States Code, Section 7201.

## COUNT 2

The United States Attorney further charges:

From on or about the dates set forth below, in the Northern District of Ohio, Eastern Division, the defendant, PAUL G.A. KASAPIS, who for the calendar quarters ending with the dates set forth below and for the year 2012 as set forth below, was required, for and on behalf of PK Produce, to collect, account for, and pay over, federal income taxes and Federal Insurance Contributions Act ("FICA") taxes that PK Produce was required to withhold from the total taxable wages of PK Produce employees in the combined sums set forth below, did willfully fail to truthfully account for and pay over to the Internal Revenue Service said federal income taxes and FICA taxes due and owing to the United States of America for said calendar quarters, as follows:

| Period | Form | Unreported Wages | Total Employment Tax Loss |
| --- | --- | --- | --- |
| 03/31/2012 | 941 | $31,646.00 | $9,699.50 |
| 06/30/2012 | 941 | $33,533.41 | $10,277.99 |
| 09/30/2012 | 941 | $40,812.00 | $12,508.88 |
| 12/31/2012 | 941 | $34,347.03 | $10,527.36 |
| **Totals** | | $140,338.44 | **$43,013.73** |

In violation of Title 26, United States Code, Section 7202.

2

COUNT 3

The United States Attorney further charges:

On or about August 26, 2014, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, PAUL G.A. KASAPIS, did knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is a money transfer, to wit: a wire transfer in the amount of approximately $130,000 from Sipasak Properties' Bank of Magnolia account number XXXX3020 to Agent Title Services, LLC account number XXXX2701 for the purpose of funding the purchase of a residential property located at 1509 4th Street NW, Cape Coral, Florida 33993, such property, to wit, the funds on deposit in said Sipasak Properties' Bank of Magnolia account, having been derived from a specified unlawful activity, that is, an illegal gambling business, in violation of 18 United States Code, Section 1955.

In violation of Title 18, United States Code, Section 1957.

COUNT 4

The United States Attorney further charges:

On or about July 14, 2014, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, PAUL G.A. KASAPIS did knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce in criminally derived property of a value greater than $10,000, that is the transfer of a monetary instrument, to wit: a personal check in the approximate amount of $31,573.83 drawn on the defendant's JP Morgan Chase Bank joint bank account number XXXXX8157 for the purpose of funding the purchase of a Marriott Vacation Club Trust timeshare account, such

3

property, to wit, the funds on deposit in said JP Morgan Chase Bank joint bank account, having been derived from a specified unlawful activity, that is, an illegal gambling business, in violation of 18 United States Code, Section 1955.

In violation of Title 18, United States Code, Section 1957.

FORFEITURE

The United States Attorney further charges:

The allegations of Counts 3 and 4 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(1). As a result of the foregoing offenses, defendant PAUL G.A. KASAPIS shall forfeit to the United States all property, real and personal, involved in such offenses, and all property traceable to such property; including, but not limited to, the following:

a.)     1509 NW 4th Street, Cape Coral, Lee County, Florida, Parcel ID Number: 10-44-23-C4-03675.0100. Legal Description: All that certain land situate in Lee County, Florida, viz: Lots 10 and 11, Block 3675, Unit 48, Cape Coral Subdivision, according to the plat thereof, as recorded in Plat Book 17, Pages 135 through 144, inclusive, of the Public Records of Lee County, Florida. Being the same property that Bank of America, NA, by its General Warranty Deed dated September 5, 2014 - and recorded in Lee County, Florida, on September 11, 2014, as Instrument # 2014000187725 - granted and conveyed unto Paul G.A. Kasapis and Debra A. Kasapis, the record owners of the property.

b.)     Marriott Vacation Club Trust timeshare account. Particularly, a timeshare estate as defined by Section 721.05, *Florida Statutes*, more fully described as: 14 Interests (numbered for administrative purposes: D65501 & D65502 & D65503 & D65504 & D65505 & D65506 &

4

D65507 & D65508 & D65509 & D65510 & F17012 & F17013 & F17014 & F17015) in the MVC Trust ("Trust") evidenced for administrative, assessment and ownership purposes by 3500 Points (250 Points for each Interest), which Trust was created pursuant to and further described in that certain MVC Trust Agreement dated March 11, 2010, executed by and among First American Trust, FSB, a federal savings bank, solely as trustee of Land Trust No. 1082-0300-00 (aka MVC Trust), Marriott Ownership Resorts, Inc., a Delaware corporation, and MVC Trust Owners Association, Inc., a Florida corporation not-for-profit, as such agreement may be amended and supplemented from time to time ("Trust Agreement"), a memorandum of which is recorded in Official Records Book 10015, Page 4176, Public Records of Orange County, Florida ("Trust Memorandum").  The Interests shall have a Use Year Commencement Date of August 01, 2014 (subject to Section 3.5 of the Trust Agreement).  Being the same property that Marriott Ownership Resorts, Inc., a Delaware corporation, by its Special Warranty Deed dated July 28, 2014 - and recorded in Orange County, Florida, on August 25, 2014, in Deed Book 10794, Page 8574 (DOC# 20140429977) - granted and conveyed unto Paul G.A. Kasapis and Debra Ann Kasapis, the record owners of the property.

JUSTIN E. HERDMAN
United States Attorney

By: _____

ROBERT E. BULFORD
Attorney-in-Charge
Akron Branch Office

5